LAWRENCE J. GORNICK (SBN 136290)
DENNIS J. CANTY (SBN 207978)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS D. WEBB | Case No. C 06-0598 WHA |
| Plaintiff, | Honorable William Alsup |
| v. | [PROPOSED] ORDER DISMISSING ASTRAZENECA PHARMACEUTICALS, L.P., AND ASTRAZENECA, L.P., WITHOUT PREJUDICE |
| ASTRAZENECA PHARMACEUTICALS, L.P., *et al.* | |
| Defendants. | |

Pursuant to Plaintiff's motion, Defendants ASTRAZENECA PHARMACEUTICALS, L.P., and ASTRAZENECA, L.P., are hereby dismissed without prejudice from the captioned action.

**IT IS SO ORDERED.**

DATED: ___July 16, 2006___

_____
Honorable William Alsup
United States District Court Judge

Proposed Order — 1 —

EXHIBIT A

LAWRENCE J. GORNICK (SBN 136290)
DENNIS J. CANTY (SBN 207978)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GANGIDINE, SAMANTHA; C 06 0643 WHA | Honorable William Alsup |
| HOLCOMBE, DOROTHY E.; C 06 0691 WHA | [PROPOSED] ORDER DISMISSING ACTIONS WITHOUT PREJUDICE |
| FREDERICK, JAMES B.; C 06 0590 WHA | |
| PIERCE, KARAN Y.; C 06 0683 WHA | |
| BURNGARNER, MICHELLE L.; C 06 1284 WHA | |
| WILSON, LORRI A.; C 06 1751 WHA | |
| JOHNSON, LAURA A.; C 06 1934 WHA | |
| JACKSON, JOHN L.; C 06 0575 WHA | |
| ROBINSON, LORI A.; C 06 0663 WHA | |
| GODFREY, NED R.; C 06 0565 WHA | |
| WALKER, SHARIE L.; C 06 0587 WHA | |
| HOLMES, TROY D.; C 06 1287 WHA | |

Pursuant to Plaintiffs' motion, the captioned actions are hereby dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: July 16, 2006

_____
Honorable William Alsup
United States District Court Judge

Proposed Order — 1 —

EXHIBIT B