A TRUE COPY
ATTEST
DATED 2/27/2007 20
ROBERT C. HEINEMANN
BY [signature] CLERK
DEPUTY CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 2 5 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1596

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

**CONDITIONAL TRANSFER ORDER (CTO-60)**

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 314 F.Supp.2d 1380 (J.P.M.L. 2004). Since that time, 1,128 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 1 0 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

[signature]
Jeffery N. Lüthi
Clerk of the Panel

# SCHEDULE CTO-60 - TAG-ALONG ACTIONS
# DOCKET NO. 1596
# IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 06-544 | Michelle Massey, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-547 | Mark Bobal v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-549 | Jerry Bradley, Sr., et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-551 | John Heigl v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-555 | Barbara Dortch v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-565 | Ned Godfrey v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-566 | Ethel Harkins v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-567 | Elsie Rosales v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-570 | Shirley Goldsmith v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-572 | Marjorie Hess v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-577 | Barry Derosky, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-578 | Gail Gringel v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-582 | Leona Cardwell v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-585 | Sandra Chathams v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-591 | Lisa Peat, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-598 | Lucas Webb v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-611 | William Kasperson v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-613 | Cheryl Levy v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-618 | Jennifer Bosaw, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-620 | Kenneth King v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-625 | William O'Hosky v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-655 | Loraine Clements v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-663 | Lori Robinson v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 4 06-541 | Sharon Tenney, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 4 06-542 | Joy Orie v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 4 06-553 | Laura Faulk, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 4 06-580 | Mary Geones, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 4 06-614 | Donna Linderman v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 4 06-615 | Raymond Weldon v. AstraZeneca Pharmaceuticals, L.P., et al. |
| CAN 4 06-621 | Quincy Alderson v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 4 06-626 | Clinton Spung v. AstraZeneca Pharmaceuticals, LP, et al. |
| **INDIANA SOUTHERN** | |
| INS 1 06-935 | Linda Brown v. Eli Lilly & Co. |
| **MINNESOTA** | |
| MN 0 06-2558 | Lolesha Nwogbo v. Eli Lilly & Co. |
| **MISSOURI WESTERN** | |
| MOW 6 06-3267 | Shirley Copeland v. Eli Lilly & Co. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 06-2776 | Carl James v. Eli Lilly & Co. |
| PAE 2 06-2777 | Dwight Fuller v. Eli Lilly & Co. |
| PAE 2 06-2778 | Violet R. Herb v. Eli Lilly & Co. |
| **TEXAS EASTERN** | |
| TXE 5 06-128 | Eugene Luettinger v. Eli Lilly & Co. |
| TXE 5 06-145 | Robert E. Cook, et al. v. Eli Lilly & Co. |
| TXE 5 06-146 | Sherry Bell, et al. v. Eli Lilly & Co. |